**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-01883-REB

DANNY J. RUSSOM,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

## ORDER

**Blackburn, J.**

The matter is before me on the **Stipulation For Equal Access To Justice Act Attorney's Fees** [#19][1] filed December 6, 2012. After reviewing the stipulation and the record, I conclude that the stipulation should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Equal Access To Justice Act Attorney's Fees** [#19] filed December 6, 2012, is **APPROVED**;

2. That plaintiff's request for attorney's fees of $4500.00 under the EAJA, 28 U.S.C. § 2412, is **GRANTED**; and

3. That payment shall be made to Plaintiff directly (in care of his attorney).

Dated December 7, 2012, at Denver, Colorado.

                                                    **BY THE COURT:**

                                                    */s/ Bob Blackburn*
                                                    Robert E. Blackburn
                                                    United States District Judge

---

[1] "[#19]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.